John W. Haskell, Appellant, v. Leo Conroy and Others, Respondents.— Appeal dismissed for failure of appellant to file and serve printed papers within time provided in stipulation of attorneys for the respective parties. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Martha Brundage, Appellant, v. Pennsylvania Railroad Company, Respondent.— Appeal dismissed for failure of appellant to comply with terms. of order entered March 13, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Arden Burch, Respondent, v. Finster Brothers, Incorporated, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

John A. Schueler, Respondent, v. International Railway Company and Another, Appellants.— Order dismissing appeal vacated upon condition that the appeal shall be argued by May eleventh. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Alice M. Carey, as Administratrix, etc., of Joseph M. Carey, Deceased, Respondent, v. New York Central Railroad Company, Appellant.— Motion to dismiss appeal denied and case ordered ready for argument at opening of September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Herman W. Hamilton, Respondent, v. Utica Products, Incorporated, Appellant.— Appeal dismissed unless ready for argument at opening of September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Howard H. Hubbard, Respondent, v. Donald D. Wilson, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Paul Wirsing, an Infant, by Bernard Wirsing, His Guardian ad Litem, Respondent, v. Abraham Van Bortle and Another, Appellants.— Appeal dismissed unless appellants shall serve brief in typewritten form by May fifth and be ready for argument any day of following week. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Edgar J. Cushman and Another, as Administrators, etc., of Addie Lula Cushman, Deceased, Respondents, v. Town of Ellisburg, Appellant.— Appeal dismissed unless appellant shall serve brief in typewritten form by May fifth and shall be ready for argument any day during following week. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Jessie L. Oberdorfer and Another, Appellants, v. Madison-Warren Corporation, Respondent, Impleaded with Another, Defendant.— Appeal dismissed